FILED

10/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case-Number: PR 07-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

IN THE MATTER OF CALLING A RETIRED
DISTRICT JUDGE TO ACTIVE SERVICE

ORDER

The Honorable David Cybulski, Judge of the District Court for the Fifteenth Judicial District of the State of Montana, has requested the assistance of retired District Judge Michael G. Moses to assume jurisdiction of Roosevelt County Cause No. DV 2023-41, *Frank Piocos v. Roosevelt County and Roosevelt County Board of Commissioners, a body politic of Roosevelt County, and Roosevelt County, a political subdivision of the State of Montana.*

Judge Moses has retired under the provisions of the Montana Judges' Retirement System and, being subject to call for duty pursuant to § 19-5-103(a) and (b), MCA, has advised that he is agreeable to assisting the Fifteenth Judicial District Court with the above-listed matter.

IT IS HEREBY ORDERED:

1. The Honorable Michael G. Moses, retired District Judge, is hereby called to active service in the District Court of the Fifteenth Judicial District of the State of Montana, to assume judicial authority of Roosevelt County Cause No. DV 2023-41, *Frank Piocos v. Roosevelt County and Roosevelt County Board of Commissioners, a body politic of Roosevelt County, and Roosevelt County, a political subdivision of the State of Montana,* and is hereby authorized to proceed with any and all necessary hearings, opinions, and orders, including final resolution of said matter.

2. For all active service, Judge Moses shall be paid the salary compensation to which he is entitled by § 19-5-103(2)(b), MCA, and actual expenses, if any, shall be reimbursed.

3. A copy of this Order shall be filed with the Clerk of Court of the Fifteenth Judicial District, Roosevelt County, with the request that this Order be sent to all counsel of record in the above-listed matter.

4. A copy of this Order shall also be furnished to the Honorable David Cybulski, the Honorable Michael G. Moses, and to Cathy Pennie, Office of the Supreme Court Administrator.

The Chief Justice enters this Order pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this 27 day of October, 2023.

_____
Chief Justice

2